# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC42 | E1864892 | A. TOLEDO | ILK |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑CFR ☐USC ☐State Code |
|---|---|
| 4/8/2025 1620 | TITLE 41 SECTION 102-74.390(a) |

Place of Offense
18429 AVALON BLVD LOBBY
LOS ANGELES, CA 90061

Offense Description: Factual Basis for Charge          HAZMAT ☐
DISTURBANCE

CREATING A LOUD OR UNUSUAL NOISE
CREATING A NUISANCE

### DEFENDANT INFORMATION

Last Name
DRUMGOLE     BOBBY     L

Street Address ▮▮▮▮▮▮▮▮▮▮▮▮▮

| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$_____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →  $_____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address
255 E. TEMPLE ST. 6TH FL.
LOS ANGELES, CA 90012

Date 6/18/2025
Time 0800

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _[signature]_

Original - CVB Copy

*E1864892*

CVB SCAN 05/01/2025 12:59

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __APRIL 8__, 20_25_ while exercising my duties as a law enforcement officer in the __CENTRAL__ District of __CALIFORNIA__

~~On property under the authority of GSA, where the Rules Governing Conduct on such property are posted at the public entrance, DRUMGOLE entered onto federal property in regards to a dispute with his Direct Xpress card charges at Social Security (SSA) Office. DRUMGOLE had fallen asleep in the SSA lobby on his seat and was woken up by PSO MARSHALL and advised to stay awake, so he does not miss his number being called. DRUMGOLE then walked over to window #6 where Herbert WALTER was working. DRUMGOLE was cursing at the employee. The employee said he heard DRUMGOLE say he didn't want his help anyway and didn't give a fuck. Which led the employee to ask the PSO to advise DRUMGOLE he was done for the day. PSOs asked DRUMGOLE to leave several times but he refused and got louder and stated in loud manner "I AINT GOING ANYWHERE. I'M GOING TO SEE SOMEBODY." Subsequently DRUMGOLE was detained for creating disturbance. DRUMGOLE was issued Citation # E1864892 for Title 41 CFR 102-74.390 (a) Disturbance. Creating a loud or unusual noise creating a nuisance.~~

~~See FPS Case # F25090098510 for additional information.~~

The foregoing statement is based upon:

☐ my personal observation     ☑ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __04/08/2025__     _[signature]_
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____     _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/01/2025 12:59